RUBINO AND COMPANY, INC. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK

KING, C. J., MURPHY, SHEA, ALCORN and COMLEY, Js.

Argued January 8—decided April 22, 1964

*Robert A. Slavitt,* with whom, on the brief, was *Abraham D. Slavitt,* for the appellant (plaintiff).

*Edward J. Zamm,* corporation counsel, for the appellee (defendant).

PER CURIAM. The plaintiff seeks a certificate of approval for use as a motor vehicle junk yard of premises on which it now operates a general junk yard business as a nonconforming use in a No. 1 light industrial zone in Norwalk. In this zone, no junk yards or motor vehicle junk yards are permitted. Norwalk Zoning Ordinance, §§ 5 (37), 6 (17) (1929, as amended). A zoning board of appeals, in acting on an application for a certificate of approval of a location for a motor vehicle junk yard, must first certify that the proposed location is not within a district restricted against motor vehicle junk yards before it can consider the suitability of the location for the proposed use. General

Statutes § 21-16. As the premises in the instant case are within a district restricted against motor vehicle junk yards, the zoning board of appeals could not have granted the plaintiff's application for a certificate of approval. *Petrillo* v. *Board of Zoning Appeals,* 147 Conn. 469, 472, 162 A.2d 508.

There is no error.